# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

vs.

FABIAN BERNAL BENITEZ, MARIO MIGUEL SANTIBANEZ,
FREDY VILLAFUERTE, and JESUS CERVANTES-GUZMAN,

Defendants.

(Name and Address of Defendant)

CRIMINAL COMPLAINT

CASE NUMBER: 07-2875-Turnoff

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From on or about July 9, 2007 through on or about July 10, 2007 in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants, did knowingly and intentionally conspire to possess with the intent to distribute a Schedule II controlled substance, that is, 500 grams or more of a mixture and substance containing a detectable amount of cocaine; in violation of Title 21, United States Code, Section 846 and did knowingly attempt to possession with intent to distribute a Schedule II controlled substance, that is, 500 grams or more of a mixture and substance containing a detectable amount of cocaine; in violation of Title 21, United States Code, Section 846.

I further state that I am a _____ Special Agent with the Federal Bureau of Investigation _____ and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:     |X| Yes | | No

Signature of Complainant
Special Agent Rodney Cortes
FBI

Sworn to before me, and subscribed in my presence,

July 11, 2007                                               at Miami, Florida
Date                                                          City and State

United States Magistrate William C. Turnoff
Name and Title of Judicial Officer                            Signature of Judicial Officer

## AFFIDAVIT

I, Rodney Cortés, a Special Agent with the Federal Bureau of Investigation (FBI), Miami Division, being duly sworn, depose and state the following:

1. I have been employed as a Special Agent of the FBI since 2003, and am currently assigned to the Miami Division. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute probable cause arrests under the authority of the United States. Prior to my employment with the FBI, I was employed as a police officer with the Fort Thomas, Kentucky Police Department. Since joining the FBI, I have been involved in various types of investigations including narcotics violations. I have gained knowledge and skills in investigating these crimes through training in classes, prior law enforcement experience, and everyday work related to these investigations. I have also communicated with other municipal and federal law enforcement officers who investigate these violations, including those directly involved in this case. The statements in this affidavit are based in part on information provided by other FBI agents and investigation conducted jointly with the North Miami Beach Police Department. Only the facts necessary to establish probable cause to are set forth.

2. On July 9, 2007, a Confidential Human Source (hereinafter referred to as "CHS") was introduced to an individual later identified as Fabian Bernal BENITEZ. Between July 9 and 10, 2007, the CHS recorded approximately five telephone conversations with BENITEZ. In these recorded telephone conversations, the CHS told BENITEZ that he had kilograms of cocaine for sale in Miami, Florida. On July 9, 2007, BENITEZ informed the CHS that he was interested in procuring three (3) kilograms of cocaine. BENITEZ told the CHS that he was in the Daytona Beach, Florida area and would travel to Miami to meet with the CHS.

3. On July 10, 2007, at approximately 3:15pm, BENITEZ telephoned the CHS and informed him that his departure to Miami had been delayed and that he would not be able to meet at 3:30pm as they had planned. BENITEZ, however, stated he would arrive in Miami in approximately an hour and a half. At approximately 5:30pm, BENITEZ again telephoned the CHS and informed him that he was still running late, but that he was on Interstate 95 near Atlantic Boulevard and would arrive to meet the CHS shortly.

5. On July 10, 2007, at approximately 6:45pm, BENITEZ, accompanied by Mario Miguel SANTIBAÑEZ, Fredy VILLAFUERTE, and Jesus CERVANTES-GUZMAN, met with the CHS who was wearing a body wire.. The conversation was both recorded and monitored by the FBI with the assistance of the North Miami Beach Police Department. During the meeting, SANTIBAÑEZ and BENITEZ got out of their vehicle and met with the CHS. In the presence of SANTIBAÑEZ, BENITEZ informed the CHS that they had brought $35,000 and therefore only had enough money to purchase two (2) kilograms of cocaine. The CHS replied that he would then only sell them two (2) kilograms of cocaine. While they showed the CHS the drug purchase money, CERVANTES briefly exited the vehicle and then got back in. After SANTIBAÑEZ and BENITEZ showed the drug purchase money to the CHS, the CHS then displayed to them his supply of three kilograms of cocaine, one (1) real and the other two (2) sham cocaine. At that time, BENITEZ, SANTIBAÑEZ, VILLAFUERTE and CREVANTES-GUZMAN were arrested by the FBI with the assistance of the and North Miami Beach Police Department.

6. After their arrest, all four defendants were advised of their *Miranda* rights. BENITEZ and SANTIBAÑEZ choice not to make any statements, however, CERVANTES-GUZMAN and VILLAFUERTE waived their rights and both acknowledged that they knew they were traveling from Deland, Florida to purchase drugs. CERVANTES-GUZMAN stated the BENITEZ had recruited

him to participate in this drug deal and CERVANTES-GUZMAN agreed to put forth $3,000. VILLAFUERTE stated that he chipped in $8,000 towards the purchase of the drugs. VILLAFUERTE carried with him in the backseat of the vehicle the money that he and CERVANTES-GUZMAN put forth, and BENITEZ, sitting in the front passenger, carried with him the money that BENITEZ and SANTIBAÑEZ were including for this deal.

RODNEY CORTES
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 11th day of July, 2007.

WILLIAM C. TURNOFF
United States Magistrate Judge
Southern District of Florida