UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 11-22850-CIV-GRAHAM/WHITE

FREDDY VILLAFUERTE,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

**CLOSED CIVIL CASE**

**THIS CAUSE** comes before the Court upon Freddy Villafuerte's Motion to Vacate Sentence Pursuant to 28 U.S.C. § 2255. [D.E. 1].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Patrick White pursuant to 28 U.S.C. § 636 and the Magistrate Rules for the Southern District of Florida [D.E. 3]. Judge White has issued a Report and Recommendation [D.E. 18] (the "Magistrate Judge's Report") for this Court's consideration recommending that the motion be denied. Villafuerte has filed timely objections to the Report.

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. Villafuerte's objections are without merit. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [D.E. 18] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that the Motion to Vacate Sentence Pursuant to 28 U.S.C. § 2255. [D.E. 1] is **DENIED**. It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED**. All other motions are denied as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of March, 2012.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge White
    Counsel of Record